U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JUL 1 8 2005

ROBERT H. SHEMWELL, CLERK
BY_____
                    DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

RECEIVED
AUG - 5 2005

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

THOMAS L. SONNIER

VS.

JO ANNE BARNHART, Commissioner
Social Security Administration

CIVIL ACTION NO. 04-1382

JUDGE MELANÇON

MAGISTRATE JUDGE METHVIN

## JUDGMENT

This matter was referred to United States Magistrate Judge Mildred E. Methvin for her Report and Recommendation. After an independent review of the record and the applicable jurisprudence, and noting the absence of objection, this Court concludes that the Findings and Recommendation of the magistrate judge are correct and this Court adopts the conclusions set forth therein.

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the Commissioner's decision is **AFFIRMED** and the case is **DISMISSED**.

Lafayette, Louisiana this 5th day of August, 2005.

TUCKER L. MELANÇON
UNITED STATES DISTRICT COURT